# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**507**

**CA 13-01513**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, SCONIERS, AND VALENTINO, JJ.

---

GRAMERCY PARK LLC, PLAINTIFF-APPELLANT,

V                                                                ORDER

TOWN OF AMHERST, DEFENDANT-RESPONDENT.

---

HARRIS BEACH PLLC, BUFFALO (RICHARD T. SULLIVAN OF COUNSEL), FOR PLAINTIFF-APPELLANT.

DEMARIE & SCHOENBORN, P.C., BUFFALO (JOSEPH DEMARIE OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered February 22, 2013. The judgment dismissed the complaint after a nonjury trial.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  May 2, 2014                                    Frances E. Cafarell
                                                         Clerk of the Court